No. 90–5005.  ROBINSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5006.  DECHAINE *v.* MAINE.  Sup. Jud. Ct. Me.  Certiorari denied.

No. 90–5007.  FOX *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–5008.  WEXLER *v.* CITICORP MORTGAGE, INC., ET AL. C. A. 3d Cir.  Certiorari denied.

No. 90–5009.  HODGES *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5010.  MOLNAR *v.* UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.  Sup. Ct. Pa.  Certiorari denied.

No. 90–5012.  MALLORY *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5013.  KIRK *v.* KEOHANE, WARDEN.  C. A. 3d Cir. Certiorari denied.

No. 90–5014.  HAACKE *v.* LEAPLEY, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–5017.  BURTON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 90–5018.  STRICKLAND *v.* MISSISSIPPI.  Sup. Ct. Miss. Certiorari denied.

No. 90–5019.  MITAN *v.* MITAN.  C. A. 6th Cir.  Certiorari denied.

No. 90–5020.  HOMAYOUNI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 90–5021.  GUZMAN *v.* FLICKINGER.  C. A. D. C. Cir. Certiorari denied.

No. 90–5022.  SHIELDS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 90–5023.  RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.